UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARHONDA SHAHID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16 CV 1662 CDP |
| ) | |
| U.S. BANK, N.A., et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

In accordance with the Memorandum and Order to Show Cause issued to plaintiff on September 6, 2017 [60], and plaintiff's response to the Order to Show Cause [61],

**IT IS HEREBY ORDERED** that plaintiff's claims against defendant East are dismissed with prejudice, and paragraph 30 is stricken from plaintiff's complaint [7].

**IT IS FURTHER ORDERED** that the Order to Show Cause is deemed satisfied.

**IT IS FURTHER ORDERED** that defendant East's motion to dismiss [33] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of September, 2017.